**FILED**
AUG - 6 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD E. WALKER,<br><br>    Petitioner,<br><br>    v.<br><br>R. DIAZ, WARDEN,<br><br>    Respondent. | Case No.   EDCV 12-1184-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: 8/6/12

_Dale S. Fischer_
Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY