FILED
AUG - 6 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RONALD E. WALKER,

    Petitioner,

v.

R. DIAZ, WARDEN,

    Respondent.

Case No.   EDCV 12-1184-DSF (MLG)

JUDGMENT

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: 8/6/12

Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY